IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOB HOU-SEYE, individually and on behalf of all other similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:21-CV-154 ) |
| NCEP, LLC and AIS RECOVERY SOLUTIONS, LLC, | ) ) ) ) |
| Defendants. | ) |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants NCEP, LLC ("NCEP") and AIS Recovery Solutions, LLC ("AIS") (jointly "Defendants") hereby file their Notice of Removal of the above-captioned case to this Court and, in support of removal, respectfully state as follows:

1. NCEP and AIS are named as defendants in Case No. 2020SC001946 in the Circuit Court of Dane County, Wisconsin, styled Job Hou-Seye v. NCEP, LLC and AIS Recovery Solutions, LLC (the "State Court Action").

2. Plaintiff's First Amended Complaint (the "First Amended Complaint") in the State Court Action was filed with the Clerk of the Circuit Court of Dane County on or about February 9, 2021. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon NCEP and/or AIS in the State Court Action are attached hereto as **Exhibit A.**

3. In the First Amended Complaint, Plaintiff alleges that Defendants violated a federal statute, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA").

4. Any civil action is removable if the plaintiff could have originally brought the action in federal court. See 28 U.S.C. § 1441(a).

5. Under 28 U.S.C. § 1331, this Court has original federal question jurisdiction over Plaintiff's FDCPA claim.

6. The initial pleading, i.e., Plaintiff's Complaint (hereinafter, the "Initial Complaint"), filed on September 21, 2020, did not assert a FDCPA claim, and therefore, the First Amended Complaint is the first pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable. See 28 U.S.C. § 1446(b)(3).

7. NCEP has been a party to the State Court Action since Plaintiff filed his Initial Complaint on September 21, 2020. NCEP was served with the First Amended Complaint via electronic service via the WisconsinCourtsEFile system on February 9, 2021.

8. AIS was not named in the Initial Complaint. AIS was formally served with the Summons and First Amended Complaint on February 10, 2021. This removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

9. Accordingly, pursuant to 28 U.S.C. § 1441(a), Defendants have the right to remove the State Court Action to this Court, without regard to the citizenship or residency of the parties or the amount in controversy.

10. NCEP and AIS are the only defendants that have been properly joined and served, and NCEP and AIS both join in and consent to the removal of the action. See 28 U.S.C. § 1446(b)(2)(A).

11. By this Notice of Removal, Defendants do not waive any defense, jurisdictional or otherwise, which it may possess. Defendants also do not concede that Plaintiff has stated a claim against either of them.

OM 588642.1

WHEREFORE, in accordance with the authorities set forth above, Defendants hereby remove this action from the Circuit Court of Dane County, Wisconsin, to the United States District Court for the Western District of Wisconsin.

Dated:  March 5, 2021

**SPENCER FANE LLP**

By: /s/ Jon L. Farnsworth
Jon L. Farnsworth, WI Bar #1105905
100 South 5th Street, Suite 2500
Minneapolis, MN  55402
Tel:   (612) 268-7000
Fax:   (612) 268-7001
Email: jfarnsworth@spencerfane.com

and

Tara A. Bailes (Mo. Bar No. 67936)
(*pro hac vice* admission)
2144 E. Republic Road, Suite B300
Springfield, MO 65804
Telephone: 417.888.1000
Facsimile: 417.881-8035
E-mail: tbailes@spencerfane.com

**ATTORNEYS FOR DEFENDANTS NCEP, LLC and AIS RECOVERY SOLUTIONS, LLC**